John H. Stine, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Submitted on briefs June 11, 1982, to Judges BLATT, WILLIAMS, JR. and DOYLE, sitting as a panel of three.

*Harry S. Geller,* for petitioner.

*Richard C. Lengler,* Associate Counsel, with him *Richard L. Cole, Jr.,* Chief Counsel, for respondent.

OPINION BY JUDGE WILLIAMS, JR., August 2, 1982:

This is an appeal from a determination by the Unemployment Compensation Board of Review that the claimant, John Stine, is ineligible for benefits because he voluntarily left his employment situation without cause of a necessitous and compelling nature.

Claimant asserts before this Court that the referee failed to

advise him as to his rights, aid him in examining and cross-examining witnesses, and give him every assistance compatible with the impartial discharge of (his) official duties.

34 Pa. Code §101.21. Our examination of the sparse record in this matter leads us to the same conclusion. We therefore remand the case to the Board for further action.

ORDER

AND Now, this 2nd day of August, 1982, the decision of the Unemployment Compensation Board of Review, No. B-182488, dated March 27, 1980, is hereby remanded to the Board for further proceedings not inconsistent with this Opinion.